McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
OCT 18 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF THE RESIDENCE, OUTBUILDINGS, AND CURTILAGE LOCATED AT 13468 AVENUE 416, OROSI, CALIFORNIA 93647

CASE NO. 1:18-SW-00378 BAM

ORDER TO UNSEAL DOCUMENTS

Having reviewed the government's application to unseal in this matter,

IT IS HEREBY ORDERED THAT the search warrant and search warrant application and affidavits underlying the search warrant that issued in the above-entitled proceeding shall be UNSEALED.

Dated: October 18, 2018

_____
SHEILA K. OBERTO
U.S. Magistrate Judge